PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Diomedes Rodriguez-Nunez  
Cr.: 18-00124-001  
PACTS #: 2077572

Name of Sentencing Judicial Officer:   THE HONORABLE RICHARD P. CONABOY  
U.S. DISTRICT JUDGE

Name of Newly Assigned Judicial Officer: THE HONORABLE ESTHER SALAS  
U.S. DISTRICT JUDGE

Date of Original Sentence: 10/12/2016

Original Offense:   Conspire To Defraud Government Respect To Claim, 18 USC 286.F

Original Sentence: 24 months probation

Special Conditions: Location Monitoring - Other, DNA testing, No New Debt/Credit, Financial Disclosure, Cooperate with IRS, Cooperate with INS, Other Financial Obligation

Type of Supervision: Probation       Date Supervision Commenced: 10/12/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | The offender has failed to satisfy his financial penalties in full. He paid the special assessment and $250 towards the restitution order.

Prob 12A – page 2
Diomedes Rodriguez-Nunez

U.S. Probation Officer Action:

The Financial Litigation Unit of the United States Attorney's Office in the Middle District of Pennsylvania was notified of the expiration of supervision and we have requested a standing order for all future income tax refunds via the Treasury Offset Program (TOP). The probation office recommends the supervision term be allowed to expire as scheduled since the order remains imposed as a final judgment, pursuant to Title 18, United States Code, Sections 3554 & 3613.

Respectfully submitted,

By: Ivettelis Perez
U.S. Probation Officer
Date: 08/28/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Allow supervision to expire as scheduled on October 11, 2018, with outstanding restitution (as recommended by Probation)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer
Esther Salas, U.S.D.J.
August 30, 2018
Date